# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELE SOUDERS,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN STAR LENDING LLC;<br>CRYSTAL CHAPMAN-CHEVALIER;<br>WOLF RIVER DEVELOPMENT COMPANY;<br>and JOHN DOES 1-20,<br><br>Defendants. | Case No.: 1:23-cv-01834-JPH-MJD<br><br>Judge James Patrick Hanlon<br>Magistrate Judge Mark J. Dinsmore |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Michele Souders ("Plaintiff") submits this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next sixty days. Plaintiff respectfully requests that all deadlines be stayed while the parties negotiate a written settlement agreement.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
     **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

1

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Thursday, January 4, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to counsel of record. I further certify that I sent the forgoing document to the following:

Patrick McAndrews
Spencer Fane LLP
pmcandrews@spencerfane.com

*Counsel for Northern Star Lending, LLC,
Crystal Chapman-Chevalier, and
Wolf River Development Company*

                                              /s/Matthew J. Goldstein
                                                Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com