IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELE SOUDERS, <br> on behalf of Plaintiff and the class members <br> described below, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHERN STAR LENDING LLC; <br> CRYSTAL CHAPMAN-CHEVALIER; <br> WOLF RIVER DEVELOPMENT COMPANY; <br> and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:23-cv-01834-JPH-MJD <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Mark J. Dinsmore |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michelle Souders, voluntarily dismisses her individual claims against Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier and Wolf River Development Company with prejudice and without costs. Plaintiff Michelle Souders voluntarily dismisses her class claims without prejudice and without costs against Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier and Wolf River Development Company without prejudice and without costs. Plaintiff Michelle Souders voluntarily dismisses her claims against John Does 1-20 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC

1

20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on April 5, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to counsel of record. I further certify that I sent the forgoing document to the following by email:

Patrick McAndrews
Spencer Fane LLP
pmcandrews@spencerfane.com


        /s/Heather Kolbus
        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)